IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW PASQUALE CHAFFER,

    Petitioner,           No. CIV S-06-0950 LKK PAN P

  vs.

K. PROSPER, Warden,

    Respondent.        <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve an opposition to the June 26, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's July 21, 2006 motion for an extension of time is granted; and

        2. Petitioner shall file and serve an opposition to the June 26, 2006 motion to dismiss on or before August 3, 2006.

DATED: July 26, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp
chaf0950.111