IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW PASQUALE CHAFFER,** | CIV-S-06-0950 LKK PAN P |
| Petitioner, | ~~PROPOSED~~ ORDER |
| v. | |
| **K. PROSPER,** | |
| Respondent. | |

      Respondent seeks a fifteen-day extension of time to reply to petitioner's opposition to respondent's motion to dismiss.

      GOOD CAUSE APPEARING, respondent's August 7, 2006, request for an extension of time is granted and respondent has 15 days from the date this order is served to file and serve a reply to petitioner's opposition.

DATED: August 14, 2006.

UNITED STATES MAGISTRATE JUDGE

/chaff0950.grant resp eot