1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANDREW PASQUALE CHAFFER,

11           Petitioner,                 No. CIV S-06-0950 LKK EFB P

12       vs.

13   K. PROSPER, Warden,

14           Respondent.               <u>ORDER</u>

15   _____/

16       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

17   U.S.C. § 2254.  Respondents move to dismiss, and petitioner opposes.  Respondents replied to

18   petitioner's opposition.  Petitioner requests time to file an amended opposition to respondent's

19   motion.  For the reasons explained below, the court denies this request.

20       On June 26, 2006, respondent filed a motion to dismiss this action on the grounds that

21   petitioner failed to exhaust available state remedies and that the petition is untimely.  Respondent

22   lodged documents in support of the motion.  On July 26, 2006, petitioner filed an opposition,

23   arguing that the petition is timely, in part because a fellow prisoner who prepared the petition

24   filed in the trial court had control over his legal materials.  When that prisoner was transferred,

25   there was a delay of at least two months in returning the materials to petitioner.  Respondent

26   replied, submitting evidence that the materials were returned to petitioner within a few days of

1   the transfer.  Petitioner wants to amend his opposition with evidence contesting respondent's

2   assertions about this delay.  However, in the finding and recommendations filed this date, the

3   court determined that the length of the delay does not affect the outcome of the timeliness

4   analysis.  Therefore, further development of this factual dispute will not assist the court.

5   Petitioner's request must be denied.

6          Accordingly, it is ORDERED that petitioner's August 31, 2006, request is denied.

7   Dated:  March 12, 2007.

8

9                                              EDMUND F. BRENNAN
10                                             UNITED STATES MAGISTRATE JUDGE