IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW PASQUALE CHAFFER,

    Petitioner,                    No. CIV S-06-0950 LKK EFB P

    vs.

K. PROSPER, et al.

    Respondents.                ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 23, 2007, petitioner requested an extension of time to file objections to the court's March 14, 2007, findings and recommendations. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's March 23, 2007, request is granted and petitioner has 20 days from the date this order is served to file his objections.

Dated: March 30, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE