IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW PASQUALE CHAFFER,

    Petitioner,                   No. CIV S-06-0950 LKK EFB P

    vs.

K. PROSPER, Warden,

    Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 14, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. After an extension of time, petitioner filed objections to the findings and recommendations on April 18, 2007.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

1   by proper analysis.

2          Accordingly, IT IS HEREBY ORDERED that:

3          1. The findings and recommendations filed March 14, 2007, are adopted in full;

4          2. Respondent's June 26, 2006, motion to dismiss is granted; and

5          3. This action is dismissed with prejudice.

6   DATED: August 16, 2007.

*[Signature: Lawrence K. Karlton]*

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT