IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW PASQUALE CHAFFER,

    Petitioner,                    No. CIV S-06-0950 LKK EFB P

    vs.

K. PROSPER, Warden,

    Respondent.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's August 16, 2007, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Where, as here, the petition was dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right.'" Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000), quoting Slack v.

1

1  McDaniel, 529 U.S. 473, 484 (2000).  An issue is "debatable among jurists of reason," if it could
2  be resolved differently by a different court, or is "adequate to deserve encouragement to proceed
3  further." See Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v.
4  Estelle, 463 U.S. 880, 893 (1983)).[1]  The certificate of appealability must "indicate which
5  specific issue or issues satisfy" the requirement.  28 U.S.C. § 2253(c)(3).
6          Having examined the record, the court finds that jurists of reason would find it
7  debatable whether petitioner's application properly was dismissed as untimely and whether the
8  petition states a valid claim for the denial of a constitutional right.
9          Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
10  issued in the present action.
11  DATED:   September 25, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause.  Jennings, 290 F.3d at 1010.