IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW PASQUALE CHAFFER,

    Petitioner,                     No. CIV S-06-0950 LKK EFB P

    vs.

K. PROSPER, et al.,

    Respondents.                ORDER

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He paid the filing fee to proceed in this court. On August 18, 2007, this court granted respondent's motion to dismiss and judgment was entered. The court granted petitioner's request for a certificate of appealability. *See* 28 U.S.C. § 2253(c). Petitioner has filed a notice of appeal, a request for leave to proceed *in forma pauperis* and a request for the appointment of counsel.

        A habeas petitioner who paid the filing fee in the district court may proceed *in forma pauperis* on appeal if he submits an application to the district court demonstrating that he cannot pay or give security for the fees and costs of appeal, asserting that he may be entitled to redress and stating the issues he intends to raise on appeal. Fed. R. App. P. 24(a)(1). The court has

examined petitioner's application in conjunction with the application for a certificate of appealability, and finds that petitioner has made the requisite showing. The court now turns to petitioner's request for the appointment of counsel.

There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appointment counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings. The request therefore must be denied.

Accordingly, it is ORDERED that:

1. Petitioner's November 5, 2007, application for leave to proceed *in forma pauperis* on appeal is granted; and

2. Petitioner's November 5, 2007, motion for the appointment of counsel is denied.

DATED: January 4, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT